DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUSTIN HART,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3768

[October 19, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 08CF017046A99.

Dustin Hart, Bowling Green, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexandra A. De La Flor, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***